# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

VINCENT A. BROODNOX,

    Plaintiff,

v.                                        Case No.  3:15cv425/MCR/EMT

WAL-MART STORES EAST, LP, et al.,

    Defendants.
_____/

## **O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 20, 2015.  ECF No. 12.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Wal-mart's motion to dismiss, ECF No. 2, is **GRANTED IN PART as follows**:

    a. The motion is **GRANTED** to the extent Wal-mart seeks dismissal of Plaintiff's claims for failure to state a claim upon which relief can be granted, pursuant to Rule 12(b)(6);

    b. Plaintiff's claim under 42 U.S.C. § 2000a and his state law claims are dismissed **without prejudice**;

    c. Plaintiff's remaining federal claims are dismissed **with prejudice**;

    d. The motion is **DENIED** to the extent Wal-mart seeks dismissal on grounds of insufficient service of process and lack of personal jurisdiction.

3. Plaintiff's motion for default, ECF No. 8, is **DENIED**.

4. This matter is referred to the assigned magistrate judge for issuance of an order establishing a deadline for Plaintiff to file an amended complaint (asserting only a claim under 42 U.S.C. § 2000a and state law claims), and providing him an opportunity to submit an application to proceed in forma pauperis under 28 U.S.C.

§ 1915, thus enabling him to receive assistance with service that such status entails, pursuant to 28 U.S.C. § 1915(d).

**DONE AND ORDERED** this 14th day of December 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**