UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VINCENT A. BROODNOX,

    Plaintiff,

v.                                                          Case No. 3:15cv425/MCR/EMT

WAL-MART STORES EAST, LP, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 20, 2015.  ECF No. 13.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. AT&T Mobility Services' motion to dismiss, ECF No. 7, is **GRANTED**.

3. Defendant "AT&T" is dismissed from this action.

**DONE AND ORDERED** this 14th day of December 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**