# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

VINCENT A. BROODNOX,

     Plaintiff,

v.                                                    CASE NO.  3:15cv425/MCR/EMT

WAL-MART STORES EAST, LP,
et al.,

     Defendants.

_____/

## **O R D E R**

     This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 14, 2016.  ECF No. 53.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

     Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Defendants' motions to dismiss, ECF Nos. 31, 45, 47, 49, are **GRANTED**;

3.     Plaintiff's claims against Defendants are **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, pursuant to Rule 12(b)(6); and

4.     The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 29th day of June, 2016.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**